

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES E. FIELDS,<br><br>Defendant. | No. CR19-5318<br><br>SUPERSEDING INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

On or about May 19, 2019, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, CHARLES E. FIELDS, did operate a motor-vehicle on a public highway in a negligent manner likely to endanger persons or property (Negligent Driving, 2nd Degree).

///

///

SUPERSEDING INFORMATION
United States v. CHARLES E. FIELDS, CR19-5318
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R. Pt. 210, and R.C.W. 46.61.525.

DATED this 16th day of December, 2019.

BRIAN T. MORAN
United States Attorney

*/s/ Hillary K. Stuart*

HILLARY K. STUART
Special Assistant United States Attorney

SUPERSEDING INFORMATION
United States v. CHARLES E. FIELDS, CR19-5318
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil